# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| Brandon Jones, | ) | Civil Action No. 0:19-cv-00472-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| William Breen, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, Brandon Jones, a self-represented federal prisoner, filed this civil rights action. By order issued March 6, 2019, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No.6.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff did not respond to the Order, the time for response has lapsed, and Plaintiff has not sought an extension of time. Thus, Plaintiff has failed to prosecute this case and has failed to comply with an order of this court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

May 7, 2019
Columbia, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.